

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S.
Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242, DC-12-250
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

The Appellant's Motion for Leave to File Appellant's Response Brief is GRANTED.

**PER CURIAM**

ATTESTED:_____
Keith E. Hottle
Clerk of Court

